### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RODNEY ROBINSON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FLOWERS BAKING CO. OF LENEXA, LLC, ET AL.**<br>Defendants. | Case No. 2:16-cv-02669-JWL-JPO |

### ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT

The parties have reached a Settlement Agreement ("Settlement") and Plaintiff moved this Court for final approval of the Settlement;

The Court, having preliminarily approved this settlement on November 21, 2017, 2017; having conducted a final approval and fairness hearing on April 4, 2018; having allowed 90 days from the date CAFA notice was sent on March 1, 2018; and having duly considered the submissions presented with respect to the Settlement addressing the collective and class claims asserted in the litigation under state and federal wage and hour law, hereby finds that the Settlement is a fair, adequate, and reasonable resolution of a bona fide dispute in contested litigation.

NOW THEREFORE, after due deliberation, this Court hereby ORDERS that:

1. This Order ("Approval Order") will be binding on the Settlement Class Members as defined in the Settlement.

2. The Settlement is fair, reasonable and adequate and in the best interests of the Settlement Class. The Class is properly certified for settlement purposes. The Settlement should be, and hereby is, approved, especially in the light of the benefits to the class accruing therefrom, the discovery, investigation, and litigation conducted by Class Counsel prior to the proposed Settlement, and the complexity, expense, risks and probable protracted duration of further litigation.

3. Defendant shall issue payment, via the Settlement Administrator, to all Settlement Class Members in accordance with the Settlement Agreement.

4. All Settlement Class Members shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against Defendant for any Released Claims.

5. Plaintiff's request for service payments to Named Plaintiff and the early opt in as set forth in the Settlement is hereby approved and Defendant shall issue such payments, via the Settlement Administrator, in accordance with the Settlement Agreement.

6. Class Counsel's application for an award of attorneys' fees and reimbursement of costs is hereby approved and Defendant shall issue such payment, via the Settlement Administrator, in accordance with the Settlement Agreement.

7. The Settlement Administrator shall be paid in accordance with the Settlement Agreement.

8. Unclaimed settlement allocation amounts shall revert to the Defendant.

9. This litigation is hereby dismissed with prejudice without costs to any party, except to the extent otherwise expressly provided in the Settlement Agreement.

It is so ORDERED this 31st day of, May 2018

                                                       s/ John W. Lungstrum
                                                     John Lungstrum
                                                     United States District Judge